IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTONIO PEARSON, :
: CIVIL ACTION NO. 3:09-cv-97
      Plaintiff :
: JUDGE KIM R. GIBSON
vs. :
:
PRISON HEALTH SERVICE, et al., :
:
      Defendants :

## JUDGMENT

**AND NOW**, this 16th day of September, 2011, in accordance with Federal Rule of Civil Procedure 58, and the Memorandum Order dated September 16, 2011, Judgment is hereby entered in favor of the remaining Defendants, and against the Plaintiff, Antonio Pearson.

BY THE COURT:

_____
**KIM R. GIBSON**
**UNITED STATES DISTRICT JUDGE**