IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTONIO PEARSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 3:09-cv-97-KRG-KAP |
| | ) |
| PRISON HEALTH SERVICE, ET AL., | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

Notice is hereby given that Brandon J. Verdream, Esquire has entered his appearance to the United States Court of Appeals for the Third Circuit.

                                                          Respectfully submitted,

                                                          CLARK HILL, PLC

Dated:  March 29, 2017                 */s/ Brandon J. Verdream*
                                                          Brandon J. Verdream, Esquire
                                                          Pa. I.D. No. 204162

                                                          Firm I.D. No. 282
                                                          One Oxford Center
                                                          301 Grant Street, 14th Floor
                                                          Pittsburgh, PA 15219
                                                          Phone:  412-394-2440
                                                          Fax:     412-394-2555
                                                          bverdream@clarkhill.com

                                                          *Attorneys for Antonio Pearson*

205621575

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Entry of Appearance** has been served upon all counsel of record this 29th day of March, 2017, by this Courts CM/ECF e-filing notification system.

By: */s/ Brandon J. Verdream*