IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTONIO PEARSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:09-cv-97-KRG |
| | ) |
| PRISON HEALTH SERVICE, ET AL., | ) |
| | ) |
|    Defendants. | ) |

### PLAINTIFF ANTONIO PEARSON'S WITNESS LIST

Plaintiff, Antonio Pearson ("Mr. Pearson"), by and through counsel, hereby submits this Witness List for trial.

**I.   WITNESSES TO BE CALLED**

1. **Plaintiff Antonio Pearson** – it is anticipated that Mr. Pearson will testify as to his claims and the events of April 10-11, 2007, at issue in this case.

2. **Patrick Coleman, Inmate No. BS-7613** – it is anticipated that Mr. Coleman will testify as to the events involving Mr. Pearson on April 10-11, 2007.

3. **Defendant David Rhodes** – it is anticipated that Plaintiff will call Nurse Rhodes as on cross-examination with respect to Mr. Pearson's claims and the events involving Mr. Pearson on April 10-11, 2007.

**II.   WITNESSES WHO MAY BE CALLED**

4.   Plaintiff may call any or all witnesses identified on Defendant's Witness List.

                                        Respectfully submitted,

                                        CLARK HILL PLC

Dated: September 4, 2017              /s/*Brandon J. Verdream*

Robert J. Ridge
Pa. I.D. No. 58651
rridge@clarkhill.com
Brandon J. Verdream
Pa. I.D. No. 204162
bverdream@clarkhill.com

Firm I.D. No. 282
One Oxford Center
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
Phone:  412-394-2332
Fax:     412-394-2555

*Attorneys for Antonio Pearson, Plaintiff*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Plaintiff Antonio Pearson's Witness List** has been served upon all counsel of record this 4th day of September, 2017, by the Court's CM/ECF E-Filing Notification System.

By:  /s/*Brandon J. Verdream*